FILED

03/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0137

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0137

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

     v.                              O R D E R

GRANT ALAN WEST,

     Defendant and Appellant.

_____

Timothy K. Wenz, counsel for Appellant Grant Alan West, has filed a Motion to Withdraw as West's counsel and appoint the Appellate Defender Division (ADD) to represent Dulaney in his appeal.

IT IS HEREBY ORDERED that the Motion to Withdraw is GRANTED.

The Appellate Defender Division shall have 30 days from the date of this Order within which to file either a notice of appearance or a motion to rescind this Order appointing counsel. In the event the Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order transcripts.

The Clerk is directed to provide a copy of this Order to counsel of record, to Appellant Grant Alan West, and to the Appellate Defender Division.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 24 2023